IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE SANCHEZ VIERA | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NUMBER |
| | ) | |
| UNIVISION D/B/A ENTRAVISION | ) | |
| COMMUNICATIONS CORP. | ) | M-08-091 |
| | ) | |
| | ) | |
| | ) | |

## J U D G M E N T

On the 9th day of April, 2009, came on to be heard "Defendant Entravision Communications Corporation's Motion for Summary Judgment" (Docket Entry No. 27) and the Court having considered said motion, the pleadings on file and the arguments of counsel, found, for the reasons stated on the record, that the motion should be GRANTED. It is, therefore,

ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Summary Judgment is hereby GRANTED and Plaintiffs' cause of action is hereby DISMISSED.

DONE this ___9th___ day of April, 2009, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE